United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

USA,

        Plaintiff,

   v.

HERIBERTO HERNANDEZ-RUIZ,

        Defendant.

Case No. 20-mj-70658-AGT-2

**ORDER FOR RELEASE FROM UNITED STATES MARSHAL CUSTODY**

IT IS HEREBY ORDERED THAT Heriberto Hernandez-Ruiz shall be released forthwith from the custody of the United States Marshal.

**IT IS SO ORDERED.**

Dated: June 3, 2020

_____
LAUREL BEELER
United States Magistrate Judge